People of the State of Illinois ex rel. Citizens Bank and Trust Co., as Trustee Under Trust Nos. 148 and 126, and Joseph A. Nicosia, Plaintiffs-Appellees, v. Robert I. Ward, Chairman; Raymond Benson, Wilbur F. Bredehorn, James E. Clayson, Charles F. Hamilton, Stuart Libby, and Harry W. Wiant, Members of the Plan Commission of the Village of Itasca, Illinois, Defendants-Appellants.

Gen. No. 11,612.

Second District, Second Division.

January 24, 1963.

Rehearing denied February 12, 1963.

Fawell & Larson, of Naperville, for appellants; L. Louis Karton and Miller, Leeds & Green, of Chicago, for appellees. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.